| District Court<br>Arapahoe County, Colorado<br>Court Address: 7325 S. Potomac St.<br>Centennial, CO 80112 | |
|---|---|
| Plaintiff: DONNA DRISCOLL ET AL.<br><br>v.<br><br>Defendant: ALLEGRA NETWORK LLC | **EFILED Document**<br>**CO Arapahoe County District Court 18th JD**<br>DATE FILED: February 19, 2013<br>**Filing Date: Feb 19 2013 02:29PM MST**<br>**Filing ID: 49629519**<br>**Review Clerk: N/A**<br><br>▲  **COURT USE ONLY**  ▲<br><br>Case Number: **13CV290**<br><br>Division: 202 |

## ORDER TO CHANGE CIVIL CASE COVER SHEET DESIGNATION

The Court, having reviewed the Civil Case Cover Sheet and the Complaint, hereby orders:

**X**      This case meets the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court and shall be governed by the rules contained in CJD 11-02 (available at _http://www.courts. state.co.us/Courts/Civil_Rules.cfm_). To ensure compliance with Pilot Project Rule (PPR) 2.2, Plaintiff may file an Amended Complaint within **7 days** of the date of this Order. Plaintiff's initial disclosures under PPR 3.1 must be filed within **21 days** of service of the Complaint (or Amended Complaint).

     This case does **not** meet the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court. Plaintiff shall file an Amended Civil Case Cover Sheet, indicating whether C.R.C.P. 16.1 applies, within 7 days of the date of this Order.

Dated: February 19, 2013

BY THE COURT

_J. Mark Hannen_<br>J. Mark Hannen<br>District Court Judge