

| | |
|---|---|
| GRANTED/ APPROVED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. |

J. Mark Hannen
District Court Judge
Date of order indicated on attachment

Arapahoe County District Court, Colorado
Arapahoe County Justice Center
7325 South Potomac Street
Centennial, Colorado 80112

**EFILED Document**
**CO Arapahoe County District Court 18th JD**
**Filing Date: May 03 2013 06:08PM MDT**
**Filing ID: 52120479**
**Review Clerk: N/A**

DATE FILED: May 3, 2013

▲COURT USE ONLY▲

| | |
|---|---|
| Mance Etheredge and Donna Driscoll, Plaintiffs, v. Allegra Network, LLC, Defendant. | Case No.: **13 CV 290** <br><br> Div.: **202** |

## ORDER

THIS COURT, having read Plaintiffs' Response to Delay Reduction/Show Cause Order and having reviewed all pleadings in the file, GRANTS Plaintiffs' request and GRANTS Plaintiffs through June 15, 2013 to provide proof of service on Defendant Allegra Network, LLC.

_____     _____
Date:                                                                                J. Mark Hanne, District Court Judge