IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1462-RBJ-MJW

MANCE ETHEREDGE and
DONNA DRISCOLL,

    Plaintiffs,

v.

ALLEGRA NETWORK, LLC,

    Defendant.

---

## ORDER RE: JOINT MOTION TO CONSOLIDATE
## CIVIL ACTION NO. 13-CV-01773-CMA-BNB

---

This Court, having reviewed the file in this case and Civil Action No. 13-CV-01773-CMA-BNB, Allegra Holding, LLC, v. Mance Etheredge and Donna Driscoll, as well as the Joint Motion to Consolidate Civil Action No. 13-CV-01773-CMA-BNB, GRANTS said Motion. Plaintiffs and Defendant shall amend the August 20, 2013 Scheduling Order regarding Statement of Claims, Undisputed Facts and Computation of Damages as it relates to the claims, facts and damages in Civil Action 13-CV-01773-CMA-BNB.  The Amended Scheduling Order shall be filed within twenty (20) days of this ORDER.  All further pleadings shall refer to Civil Action No. 13-CV-1462-RBJ-MJW.

DATED this 30th day of September, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge