IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1462-RBJ-MJW

MANCE ETHEREDGE and
DONNA DRISCOLL,

      Plaintiffs,

v.

ALLEGRA NETWORK, LLC,

      Defendant.

---

### ORDER RE: STIPULATED MOTION TO JOIN
### ALLEGRA HOLDING, LLC, AS A DEFENDANT

---

This Court, having reviewed the file in this case and the Stipulated Motion to Join Allegra Holdings, LLC, as Defendant, GRANTS said Motion. Allegra Holdings, LLC, is joined as a Defendant.

DATED this 30th day of September, 2013.

                                                BY THE COURT:

                                                _____

                                                R. Brooke Jackson
                                                United States District Judge