IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01462-RBJ

MANCE ETHEREDGE, and
DONNA DRISCOLL,

    Plaintiff,

v.

ALLEGRA NETWORK,

    Defendant.

---

Consolidated Civil Action No 13-cv-01773-RBJ

ALLEGRA NETWORK,

    Plaintiff,

v.

MANCE ETHEREDGE, and
DONNA DRISCOLL,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has reviewed the parties Stipulated Motion for Dismissal With Prejudice [ECF No. 32 in case no. 13-cv-01462-RBJ]. The motion is granted. The Court orders that this case be dismissed with prejudice. Each party shall bear his or her own costs and attorneys' fees.

DATED this 7th day of March, 2014.

BY THE COURT:

2

_____
R. Brooke Jackson
United States District Judge